**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| _____ | : | |
| HONESTY INTERNATIONAL, LLC and | : | CIVIL ACTION |
| YICONG LIU, | : | |
| Plaintiffs, | : | NO. 15-2745 |
| | : | |
| v. | : | |
| | : | |
| IDEAL MOTORCARS, LLC and | : | |
| MARIO BIUNDO, | : | |
| Defendants. | : | |
| _____ | : | |

**ORDER**

AND NOW, this    9th    day of March, 2016, upon consideration of Plaintiffs'

Motion to Enforce Settlement, following a hearing held this date and in accordance with the

foregoing Memorandum,

IT IS ORDERED that:

1.      the Motion is GRANTED in part, and Defendants shall immediately

provide to Plaintiffs a transaction receipt or other comparable evidence that they ordered the wire

transfer provided in the Settlement Agreement; and

2.      the Court reserves judgment regarding Plaintiffs' request for sanctions.

BY THE COURT:

*/s/ Henry S. Perkin*
Henry S. Perkin
United States Magistrate Judge